

FILED
DISTRICT COURT OF GUAM
APR -8 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00006 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| JIA HE ZHENG, aka JEFF SHUI-WAH WONG, and BING JIN CHEN, aka TONYA WING-SEE CHIANG, | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **JIA HE ZHENG** and **RAWLEN MANTANONA** is appointed to represent defendant **BING JIN CHEN** in the above-entitled case.

Dated this 8th day of April, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM