AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
APR - 8 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

JIA HE ZHENG aka
JEFF SHUI-WAH WONG

**WARRANT FOR ARREST**

Case Number: MG-05-00006-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JIA HE ZHENG aka JEFF SHUI-WAH WONG
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

USE OF ALTERED PASSPORT

in violation of Title ___18___ United States Code, Section(s) ___1546___

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

4/6/2005     Hagatna, Guam
Date         Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
SIRENA PLAZA, ICE OFC.
HAGATNA, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/06/05 | MANUEL CANDELARIA JR. SPECIAL AGENT | [Signature] |
| DATE OF ARREST 4/07/05 | | |