AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
APR -8 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS-GUAM
RECEIVED
-6 APR 2005 16:00:00

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

BING JIN CHEN aka
TONYA WING-SEE CHIANG

**WARRANT FOR ARREST**

Case Number: MG-05-00006-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ BING JIN CHEN aka TONYA WING-SEE CHIANG _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

USE OF ALTERED PASSPORT

in violation of Title ___18___ United States Code, Section(s) ___1546___

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Magistrate Judge
Title of Issuing Officer

4/6/2005
Date

Hagatna, Guam
Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

SIRENA PLAZA
ICE OFFICE, HAGATNA, GU

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/06/05 | MANUEL CANDELA JR | [Signature] |
| DATE OF ARREST 04/07/05 | SPECIAL AGENT | |