```
 1  ZhengChen.MDC
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  RUSSELL C. STODDARD
    First Assistant U.S. Attorney
 4  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam  96910
    TEL: (671) 472-7332/7283
 6  FAX: (671) 472-7334
```

FILED
DISTRICT COURT OF GUAM
JUN - 7 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

Magistrate

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ~~CRIMINAL~~ CASE NO. 05-00006 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS COMPLAINT** |
| JIA HE ZHENG a.k.a. ) | **AND ORDER** |
| JEFF SHUI-WAH WONG, and ) | |
| BING JIN CHEN, a.k.a., ) | |
| TONYA WING-SEE CHIANG, ) | |
| Defendants.. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendanta, JIA HE ZHENG a.k.a., JEFF SHUI-WAH WONG and BING JIN CHEN, a.k.a. TONYA WING-SEE CHIANG, be dismissed with prejudice for the reason that defendants have pled guilty to an Indictment in Criminal Case Number 05-00034.

Said Indictment has incorporated similar criminal acts described in the Complaint.

RESPECTFULLY SUBMITTED this 3rd day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ RUSSELL C. STODDARD
RUSSELL C. STODDARD
First Assistant U.S. Attorney

**SO ORDERED** this ___6___ day of June, 2005.

RICARDO S. MARTINEZ
Designated Judge
District Court of Guam



RECEIVED
JUN - 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-